No. 11–5039. WATKINS v. HAYNES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 11–5040. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5043. PADGETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5044. PHELPS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5046. KAMERUD v. UNITED STATES; and
No. 11–5083. KAMERUD v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 629 F. 3d 790.

No. 11–5048. CARROLL v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5050. CORBIN v. TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–5051. RICKER v. FINANDER ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5052. SCHOPPE-RICO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–5053. REED v. DONAHOE, POSTMASTER GENERAL. C. A. 11th Cir. Certiorari denied.

No. 11–5054. ROLLINS v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–5055. WOZNIAK v. GRAHAM ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 11–5057. PRESTON v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–5059. BRYANT v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5060. AVILA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.